1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RICARDO MOJICA-MUNGUIA
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. 2:09-CR-00286 MCE
                                    )
13            Plaintiff,            ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
14       v.                         ) **AND EXCLUDING TIME**
                                    )
15 RICARDO  MOJICA-MUNGUIA,         )
                                    ) Date:  August 20, 2009
16            Defendant.            ) Time:  9:00 a.m.
                                    ) Judge: Morrison C. England, Jr.
17 _____  )

18

19       It is hereby stipulated and agreed between defendant, Ricardo
20 Mojica-Munguia, and plaintiff, United States of America, by and through
21 their attorneys, that the status conference presently scheduled for
22 August 20, 2009, may be continued to September 10, 2009, at 9:00 a.m.
23       The parties have just received a pre-plea guidelines calculation and
24 defense counsel has just received the government's proposed resolution of
25 the case.  Counsel is unable to review these materials with Mr. Mojica
26 before the status conference and anticipates that Mr. Mojica will want
27 time to consider them.  In order to afford time to complete this review,
28 the parties agree that time under the Speedy Trial Act should be excluded

from the date of this order through September 10, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: August 18, 2009      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RICARDO MOJICA-MUNGUIA

                                        LAWRENCE BROWN
                                        United States Attorney

Dated: August 18, 2009      /s/  T. Zindel for M. Anderson
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 10, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 10, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE