1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5

6 | Attorney for Defendant
RICARDO MOJICA-MUNGUIA
7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, ) No. 2:09-CR-00286 MCE
)
13 | Plaintiff, ) **STIPULATION AND ORDER**
) **CONTINUING STATUS CONFERENCE**
14 | v. ) **AND EXCLUDING TIME**
)
15 | RICARDO MOJICA-MUNGUIA, )
) Date: August 20, 2009
16 | Defendant. ) Time: 9:00 a.m.
) Judge: Morrison C. England, Jr.
17 | _____ )

18

19 | It is hereby stipulated and agreed between defendant, Ricardo

20 | Mojica-Munguia, and plaintiff, United States of America, by and through

21 | their attorneys, that the status conference presently scheduled for

22 | August 20, 2009, may be continued to September 10, 2009, at 9:00 a.m.

23 | The parties have just received a pre-plea guidelines calculation and

24 | defense counsel has just received the government's proposed resolution of

25 | the case. Counsel is unable to review these materials with Mr. Mojica

26 | before the status conference and anticipates that Mr. Mojica will want

27 | time to consider them. In order to afford time to complete this review,

28 | the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through September 10, 2009, pursuant to Title

2  18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

3

4                                  Respectfully Submitted,

5                                  DANIEL J. BRODERICK
                                   Federal Defender
6

7  Dated:  August 18, 2009         /s/ T. Zindel
                                   TIMOTHY ZINDEL
8                                  Assistant Federal Defender
                                   Attorney for RICARDO MOJICA-MUNGUIA
9

10                                 LAWRENCE BROWN
                                   United States Attorney
11

12 Dated:  August 18, 2009         /s/  T. Zindel for M. Anderson
                                   MICHAEL ANDERSON
13                                 Assistant U.S. Attorney

14

15                            **O R D E R**

16     The status conference is continued to September 10, 2009, at 9:00

17 a.m.  The court finds that a continuance is necessary for the reasons

18 stated above and further finds that the ends of justice served by

19 granting a continuance outweigh the best interests of the public and the

20 defendant in a speedy trial.  Time is therefore excluded from the date of

21 this order through September 10, 2009, pursuant to 18 U.S.C. §

22 3161(h)(7)(A) and (B)(iv).

23     IT IS SO ORDERED.

24
   Dated: August 27, 2009
25

26  _____

27  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
28

                                  -2-