DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICARDO MOJICA-MUNGUIA



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0286 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| RICARDO MOJICA-MUNGUIA, ) | |
| ) | Date:  September 10, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated and agreed between defendant, Ricardo Mojica-Munguia, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 10, 2009, may be continued to October 15, 2009, at 9:00 a.m.

The parties have received a pre-plea presentence report that raises issues requiring additional research by the defense before a decision may be made about resolving the case along the lines proposed by the government. Additional time is needed to complete that research, so the parties agree that time under the Speedy Trial Act should be excluded

from the date of this order through October 15, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: September 2, 2009    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RICARDO MOJICA-MUNGUIA

                                      LAWRENCE BROWN
                                      United States Attorney

Dated: September 2, 2009    /s/ T. Zindel for M. Anderson
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to October 15, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 15, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE