DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO MOJICA-MUNGUIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0286 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| RICARDO MOJICA-MUNGUIA, | Date: October 15, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, Ricardo Mojica-Munguia, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 15, 2009, may be continued to November 5, 2009, at 9:00 a.m.

The parties have received a pre-plea presentence report that raises issues requiring additional research by the defense before a decision may be made about resolving the case along the lines proposed by the government.  Additional time is needed to complete that research, so the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through November 5, 2009, pursuant to Title
2  18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).
3
4                                    Respectfully Submitted,
5                                    DANIEL J. BRODERICK
                                     Federal Defender
6
7  Dated:  October 13, 2009          /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for RICARDO MOJICA-MUNGUIA
9
10                                   LAWRENCE BROWN
                                     United States Attorney
11
12 Dated:  October 13, 2009          /s/  T. Zindel for M. Anderson
                                     MICHAEL ANDERSON
13                                   Assistant U.S. Attorney

Stip & Order                       -2-

**O R D E R**

The status conference is continued to November 5, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 5, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE