1  Law Offices of Preeti K. Bajwa
2  Preeti K. Bajwa (SBN 232484)
3  901 H. Street, Suite 108
   Sacramento, CA 95814
4  (916) 444-7100

5  Attorney for Defendant
6  RICARDO MOJICA-MUNGUIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:09-CR00286-01 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: December 10, 2009 |
|  | TIME: 9:00 a.m. |
| RICARDO MOJICA-MUNGUIA | JUDGE: Hon. Morrison England |
| Defendant |  |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and the defendant, RICARDO MOJICA-MUNGUIA by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Thursday December 10, 2009 be continued to Thursday January 7, 2009 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Additionally, defense counsel was recently appointed to this case and needs further time to discuss the case with the Assistant U.S. Attorney for resolution.

09cr00286.01.so.1209.doc                - 1 -
12/09/09

Speedy trial time is to be excluded from the date of this order through the date of the Status conference set for December 10, 2009 pursuant to 18 U.S.C. section 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  December 8, 2009

                                            Respectfully submitted,

                                            _/s/ Preeti Bajwa_____
                                            PREETI K. BAJWA
                                            Attorney for Defendant
                                            RICARDO MOJICA-MUNGUIA

DATED: December 8, 2009           LAWRENCE G. BROWN
                                            Acting United States Attorney

                                            _/s/ Michael Anderson_____
                                            MICHAEL ANDERSON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including December 10, 2009 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  December 9, 2009

                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE