Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
RICARDO MOJICA-MUNGUIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>     vs.<br><br>RICARDO MOJICA-MUNGUIA<br><br>     Defendant | No. 2:09-CR-00286-01<br><br>STIPULATION AND ORDER<br><br>DATE: January 7, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison England |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and the defendant, RICARDO MOJICA-MUNGUIA by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Thursday January 7, 2009 be continued to Friday February 12, 2010 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

09cr00826.so.0106.doc                    - 1 -
01/06/10

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: January 4, 2010

                Respectfully submitted,

                _/s/ Preeti Bajwa_____
                PREETI K. BAJWA
                Attorney for Defendant
                RICARDO MOJICA-MUNGUIA

DATED: January 4, 2010        LAWRENCE G. BROWN
                Acting United States Attorney

                _/s/ Michael Anderson_____
                MICHAEL ANDERSON
                Assistant U.S. Attorney
                Attorney for Plaintiff

1
2   **ORDER**

3   IT IS SO ORDERED. Time is excluded from today's date through and including

4   February 12, 2010 in the interests of justice pursuant to 18 U.S.C. section

5
6   3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

7   Dated: January 6, 2010

8   _____
9   MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28